**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLIN BARCELOUX, ) | |
| ) | Case No. 2:15-cv-02448-JAD-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| THE LIGHT GROUP, LLC, ) | (Docket Nos. 23-25) |
| ) | |
| Defendant(s). ) | |

Pending before the Court is the filing by Defendant of various subpoenas returned executed. Docket No. 23-25. Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Because the above documents were filed in violation of Local Rule 26-8, they shall be **STRICKEN** by the Clerk.

The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket as required by Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; F.R.C.P. 16(f).

IT IS SO ORDERED.

DATED: May 9, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge