UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLIN BARCELOUX,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>THE LIGHT GROUP, LLC,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-02448-JAD-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 33) |

　　　　Pending before the Court is a motion to withdraw as attorney for Defendant. Docket No. 33. The Court hereby **SETS** a hearing on the motion for 1:00 p.m. on August 2, 2016, in Courtroom 3D. Any response to the motion to withdraw shall be filed no later than July 22, 2016. Defendant's current counsel, a corporate representative of Defendant, and a representative of Aspen Insurance shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than July 18, 2016, Defendant's current counsel of record shall serve Defendant and Aspen Insurance with this order and shall file a proof of service.

　　　　IT IS SO ORDERED.

　　　　DATED: July 15, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge