UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| COLIN BARCELOUX, | ) | |
| | ) | Case No. 2:15-cv-02448-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE LIGHT GROUP, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is an interim status report, Docket No. 50, which fails to comply with the applicable local rule, Local Rule 26-3 (effective May 1, 2016). Counsel shall carefully review Local Rule 26-3 and shall file a proper interim status report by September 27, 2016.

IT IS SO ORDERED.

Dated: September 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge