UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Colin Barceloux,<br><br>　　Plaintiff<br><br>v.<br><br>The Light Group, LLC,<br><br>　　Defendant | 2:15-cv-02448-JAD-NJK<br><br>**Order Granting Motion to File Second Amended Complaint**<br><br>[ECF No. 49] |

　　Colin Barceloux moves to amend his complaint to add claims against Libbey Glass, Inc.[1] The time for opposing that motion passed without response or a motion to extend time for response. Local Rule 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." With good cause appearing and no opposition having been voiced,

　　IT IS HEREBY ORDERED that Plaintiff's Amended Motion for Leave to Amend Complaint to Join Additional Defendant Libbey Glass, Inc. **[ECF No. 49] is GRANTED**. Plaintiff has until Friday, September 30, 2016, to file his second amended complaint in the form proposed at ECF No. 49-2.

　　Dated this 23rd day of September, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 49.