1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| COLIN BARCELOUX, | ) | Case No. 2:15-cv-02448-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE LIGHT GROUP, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

On September 22, 2016, the Court ordered counsel to file a proper status report that complies with the local rules by no later than September 27, 2016. Docket No. 51. To date, counsel have not done so. The Court again **ORDERS** counsel to carefully review Local Rule 26-3 and to file a proper interim status report by October 7, 2016. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: September 30, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge