UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLIN BARCELOUX,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>THE LIGHT GROUP, LLC, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-02448-JAD-NJK<br><br>ORDER |

　　　　Pending before the Court is the parties' proposed discovery plan, Docket No. 72, which is hereby **DENIED**. First, it is not clear whether the parties agree to the dates proposed, as they appear in a section of dates requested by Plaintiff but a separate section for dates requested by Defendant is blank. *See id.* at 2-3. Second, the discovery plan indicates the parties have not discussed settlement. *See id.* at 4; *but see* Fed. R. Civ. P. 26(f)(2) (parties must discuss the potential for settlement). Third, the discovery plan omits the certifications required by Local Rules 26-1(b)(7)-(8). Accordingly, the parties are **ORDERED** to file a discovery plan that complies with the local rules by January 6, 2017.

　　　　IT IS SO ORDERED.

　　　　DATED: December 28, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge