Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamlegal.com
*Attorney for Plaintiff,*
*Colin Barceloux*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLIN BARCELOUX, a California Citizen, | |
| Plaintiff, | **CASE NO: 2:15-cv-02448-JAD-NJK** |
| vs. | **STIPULATION AND ORDER TO HOLD EXPERT DEADLINES IN ABEYANCE** |
| THE LIGHT GROUP, LLC, a Nevada Corporation; LIBBEY GLASS, INC.; and DOES 1-100, ROE Corporations I-X, inclusive, | **SECOND REQUEST** (Under Scheduling Order entered January 6, 2017, Dkt. # 76) |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between:

**Plaintiff:** COLIN BARCELOUX, through his counsel of record, Ryan Hamilton. Esq. of HAMILTON LAW, and

**Defendant:** LIBBEY GLASS, INC., through its counsel of record, Brian K. Terry, Esq. of THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER,

## 1. Discovery Completed to Date:

    A. Parties have propounded lengthy written discovery and parties have answered;

    B. The parties have disclosed numerous records and evidence;

    C. Deposition of Plaintiff (by Defendant The Light Group, LLC);

    D. Parties have briefed a summary judgment motion;

## 2. Discovery that Remains to be Completed

A.  Depositions of the Defendant's representatives;

B.  Discovery of third-party distributor;

C.  Deposition of third-party witnesses;

D.  Disclosure of experts;

E.  Depositions of the parties' experts (to be disclosed);

F.  Additional written and deposition discovery as determined by the parties;

## 3.  Why Discovery Was Not Completed Within the Limits Set by the Discovery Order

Plaintiff has moved to join third-party glassware distributor A&H Supply, Inc. as a defendant. Defendant Libbey Glass, Inc. has opposed Plaintiff's motion. The Court has set hearing on the motion for June 5, 2017. If the Court grants Plaintiff's motion it is likely that a new scheduling order will need to be entered in the case. The parties seek to hold the expert disclosure deadlines in abeyance until the Court has ruled on Plaintiff's motion.

## 4.  Proposed Schedule for Completing Discovery

The current deadlines are as follows:

| | |
|---|---|
| Last day to serve initial disclosures | Closed |
| Last day to file a motion to add parties Or amend pleadings | Closed |
| Initial expert disclosure deadline: | May 29, 2017 |
| Interim Status Report | May 29, 2017 |
| Rebuttal expert disclosure deadline: | June 28, 2017 |
| Discovery cut off: | July 28, 2017 |
| Last day to file dispositive motions | August 28, 2017 |
| Joint Pretrial Order | September 28, 2017 |

The proposed schedule for completing the remaining discovery is as follows:

| | |
|---|---|
| Last day to serve initial disclosures | Closed |
| Last day to file a motion to add parties Or amend pleadings | Closed |
| Initial expert disclosure deadline: | abeyance |
| Interim Status Report | May 29, 2017 |
| Rebuttal expert disclosure deadline: | abeyance |
| Discovery cut off: | July 28, 2017 |
| Last day to file dispositive motions | August 28, 2017 |
| Joint Pretrial Order | September 28, 2017 |

## 5. Certificate of Conference and Stipulation

Counsel for the parties have conferred by email and telephone and have signed below, indicating their agreement to this Stipulation and Order to Hold the Expert Deadlines in Abeyance (Second Request).

The parties do not request a conference with the Magistrate before entry of an Amended Scheduling Order, should one be required.

DATED this 8th day of May, 2017.

By: /s/Ryan A. Hamilton
HAMILTON LAW
5125 S. Durango, Suite C
Las Vegas, NV 89113

By: /s/Brian K. Terry
Brian K. Terry, Esq.
THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101-5315

/ / /

/ / /

/ / /

3

The stipulation is **GRANTED** in part and **DENIED** in part, and the deadlines are set as follows:

| | |
|---|---|
| Last day to serve initial disclosures | Closed |
| Last day to file a motion to add parties Or amend pleadings | Closed |
| Initial expert disclosure deadline: | ~~abeyance~~ June 19, 2017 |
| Interim Status Report | May 29, 2017 |
| Rebuttal expert disclosure deadline: | ~~abeyance~~ July 7, 2017 |
| Discovery cut off: | July 28, 2017 |
| Last day to file dispositive motions | August 28, 2017 |
| Joint Pretrial Order | September 28, 2017 |

DATED this ___ day of _____ 2017.    May 9,

_____
United States Magistrate Judge

4